# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

JOSHUA E. HARDIN
KRISTEN J. HARDIN,

    *Plaintiffs,*                                Case No. 1:15cv03314-ELH

v.

OCWEN LOAN SERVICING, LLC
AKA OCWEN LOAN SERVICING, INC,

    *Defendant.*

## CONSENT ORDER

THIS MATTER comes before the Court on Defendant Ocwen Loan Servicing, LLC's Consent Motion to Sever and Transfer Count I of Plaintiffs' Complaint to the United States District Court for the District of Nevada. Upon consideration of the request stated therein and for good cause shown, it is hereby

**ORDERED** that the Consent Motion to Sever and Transfer Count I of Plaintiffs' Complaint is GRANTED; and it is further

**ORDERED** that Count I of Plaintiffs' Complaint shall be severed pursuant to Fed. R. Civ. P. 21, and the Clerk shall assign Count I a new case number for purposes of transfer; and it is further

**ORDERED** that the new, severed case shall be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Nevada for consolidation under Fed. R. Civ. P. 42 with *Marino v. Ocwen Loan Servicing, LLC*, No. 3:16cv00200-MMD-WGC (D. Nev. filed April 12, 2016); and it is further

**ORDERED** that the remaining claims in Plaintiffs' Complaint shall proceed in this Court. Except as expressly stated herein, the severance of the claims provided for herein will have no effect on any claims or defenses of the parties.

**IT IS SO ORDERED.**

ENTERED this ___11th___ day of October, 2016.

                                                  Honorable Ellen L. Hollander
                                                  United States District Court Judge

| **WE ASK FOR THIS:** | **WE ASK FOR THIS:** |
|---|---|
| /s/John C. Lynch<br>John C. Lynch<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: (757) 687-7765<br>Facsimile: (757) 687-1504<br>E-mail: john.lynch@troutmansanders.com<br><br>Michael E. Lacy, *pro hac vice*<br>H. Scott Kelly, *pro hac vice*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point (23219)<br>P. O. Box 1122<br>Richmond, VA 23218-1122<br>Telephone: (804)697-1200<br>Facsimile: (804) 697-1339<br>E-mail: michael.lacy@troutmansanders.com<br>E-mail: scott.kelly@troutmansanders.com<br><br>*Counsel for Defendant* | /s/Scott C. Borison<br>Scott C. Borison, Esq.<br>(signed by John C. Lynch with permission of Scott C. Borison)<br>Legg Law Firm, LLP<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>Telephone: (301) 620-1016<br>E-mail: borison@legglaw.com<br><br>Peter A. Holland<br>Holland Law Firm<br>1910 Town Centre Blvd, Ste. 250<br>Annapolis, MD 21401<br>Telephone: (410) 280-6133<br>Email: peter@hollandlawfirm.com<br><br>*Counsel for Plaintiffs* |